129 A.3d 1239

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Craig Ryan HINES, Petitioner.**

**No. 182 MM 2015.**

Supreme Court of Pennsylvania.

Jan. 21, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of January, 2016, the Application for Leave to File Original Process is **GRANTED,** and the "Petition for Assumption of Jurisdiction" is **DENIED.**

Justice EAKIN did not participate in the consideration or decision of this matter.